# In the United States Court of Federal Claims

SCIENCE APPLICATIONS
INTERNATIONAL CORP.,

Plaintiff,

v.

THE UNITED STATES,

Defendant,

and

MICROSOFT CORPORATION,

Intervenor-Defendant,

and

L3 TECHNOLOGIES, INC.,

Third-Party Defendant.

No. 17-cv-00825 C

Filed: March 15, 2021

## ORDER

On March 12, 2021, Goutam Patnaik moved to withdraw his appearance a counsel for Plaintiff, Scientific Applications International Corporation. (ECF No. 169.) Plaintiff will continue to be represented in this matter by Attorney Gwendolyn Tawresey of Troutman Pepper Hamilton Sanders and Stephen R. Smith, DeAnna D. Allen, Erin M. Estevez, James P. Hughes, and Douglas P. Lobel of Cooley LLP. *Id*. Because Mr. Smith will continue to represent SAIC as its attorney of record, Mr. Patnaik's motion is **GRANTED**.

IT IS SO ORDERED.

  s/Eleni M. Roumel
ELENI M. ROUMEL
Judge